# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 CASE NO.:

JOHN LYNN KING                                                19-10095-JDW

## OBJECTION TO CONFIRMATION

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Confirmation (the "Objection") and in support states as follows:

1.   The Debtor[1] initiated this proceeding with the filing of a voluntary petition for relief on January 9, 2019.  The Chapter 13 plan (Dkt. #7) (the "Plan") was filed on January 18, 2019.

2.   The Debtor is below median income and has proposed a plan term of 48 months with no distribution to nonpriority unsecured creditors.

3.   According to the Proof of Claim (Clm. #6) of the Internal Revenue Service ("IRS"), the Debtor has not filed the required Federal tax returns for the 2015 and 2018 tax years.  The Debtor has not complied with §§1308 and 1325(a)(9).

4.   The Trustee requests that confirmation of the Plan be denied.  Should the Debtor be delinquent in plan payments at the time of the hearing on this Objection, the Trustee also requests that the bankruptcy case be dismissed.

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise (e.g. Debtor1 or Debtor2).

Dated: March 11, 2019

        Respectfully submitted,
        LOCKE D. BARKLEY, TRUSTEE

        BY:  /s/ W. Jeffrey Collier
        W. JEFFREY COLLIER, ESQ.
        Attorney for Trustee
        6360 I-55 North, Suite 140
        Jackson, Mississippi 39211
        (601) 355-6661
        ssmith@barkley13.com
        MSB No. 10645

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: March 11, 2019

        /s/ W. Jeffrey Collier
        W. JEFFREY COLLIER